IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,                      ORDER

            v.                        18-cr-107-wmc-1

DEMARKO D. RICHMOND,

                Defendant.

---

On July 12, 2022, this court ordered defendant, Demarko D. Richmond, to remain in custody until a bed became available at ATTIC Correctional Services in Madison, Wisconsin. Having now been advised that a bed will be available for defendant this Tuesday, July 19, 2022, IT IS ORDERED that defendant be released from federal custody at 8:00 a.m. on July 19, 2022, to the custody of his girlfriend, Mekicia T. Davis, to be immediately transported to ATTIC Correctional Services, located at 5760 Odana Road, in Madison, Wisconsin. Defendant is subject to the terms and conditions originally imposed on July 1, 2022. (*Dkt. No. 39.*)

      Entered this 18th day of July, 2022.

                                      BY THE COURT:

                                      WILLIAM M. CONLEY
                                      District Judge